UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SUZANNE P FEEMAN,<br><br>           Defendant. | CASE NUMBER CR04-5178<br><br>MINUTE ORDER |

NOW, on this 18th day of July 2005, the Court directs the Clerk to enter the following Minute Order:

On August 12, 2004, Defendant Feeman plead guilty to the charge of driving under the influence of alcohol. She was sentenced with a total financial obligation of $525.00 which was directed to be paid within six months of the sentencing date. The attached letter is a second request for extension of the due date, which is currently set for June 13, 2005, pursuant to continuing financial difficulties. Court notes that the defendant has paid $300.00 toward her financial obligation thus far. Court GRANTS the defendant's request and continues the due date of the monetary imposition to Monday, October 31, 2005.

The following Minute Order entered by      s/ Kelly A Miller                              , Deputy Clerk, BY THE DIRECTION OF THE HONORABLE J KELLEY ARNOLD, UNITED STATES CHIEF MAGISTRATE JUDGE.

MINUTE ORDER - 1